**Dismissed and Memorandum Opinion filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00130-CR

**SATURNINO ARTEAGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1985193**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to assault of a family member. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on October 9, 2014, to confinement for 20 days in the Harris County Jail. Appellant filed notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Donovan.
Do Not Publish—Tex. R. App. P. 47.2(b).